No. 900. UNITED STATES *v.* FANCHER. Appeal from D. C. S. D. Probable jurisdiction noted. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. *Louis K. Freiberg* for appellee.

No. 1221. WISCONSIN *v.* CONSTANTINEAU. Appeal from D. C. E. D. Wis. Probable jurisdiction noted. *Robert W. Warren,* Attorney General of Wisconsin, and *Benjamin Southwick* and *Robert D. Martinson,* Assistant Attorneys General, for appellant. *S. A. Schapiro* for appellee.

No. 1082. UNITED STATES *v.* WELLER. Appeal from D. C. N. D. Cal. Motion to remand denied. Further consideration of question of jurisdiction postponed to hearing of case on the merits. *Solicitor General Griswold* on the motion. *Fay Stender* in opposition.

No. 1149. BYRNE, DISTRICT ATTORNEY OF SUFFOLK COUNTY, ET AL. *v.* KARALEXIS ET AL. Appeal from D. C. Mass. Motion to vacate order of this Court of December 15, 1969 [396 U. S. 976], denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted. Probable jurisdiction noted and case set for oral argument immediately following No. 905 [probable jurisdiction noted, *supra*]. *Garrett H. Byrne* and *Robert H. Quinn,* Attorney General of Massachusetts, *pro sese,* and *John Wall* and *Lawrence P. Cohen,* Assistant Attorneys General, for appellants. *Edward de Grazia, Nathan Lewin,* and *Alan M. Dershowitz* for appellees.